THE LAW OFFICE OF OMID NOSRATI
Omid Nosrati, Esq. (SBN 216350)
1875 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com

Attorney for Plaintiff,
JANE LYTER and the putative class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE LYTER, an individual, and all other similarly situated employees;<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE SIERRA HOLDINGS, LLC dba RECHE CANYON REGIONAL REHAB CENTER, a foreign Limited Liability Company; and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-03435-MWF-AGR<br><br>{Assigned for all purposes to the Honorable Michael W. Fitzgerald, Courtroom 5A}<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         June 3, 2019<br>Time:         10:00 a.m.<br>Courtroom: 5A<br><br>Complaint Filed:   March 22, 2017<br>Trial Date:              Vacated |

– 1 –
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THIS COURT:**

**NOTICE IS HEREBY GIVEN** that on June 3, 2019, at 10:00 a.m., in courtroom 5A of the United States District Court, Central District, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable Michael W. Fitzgerald presiding, Plaintiff JANE LYTER ("Plaintiff") will move the Court for an Order pursuant to Federal Rule of Civil Procedure ("FRCP") 23(e):

1. Final approval of the proposed Class Settlement ("Settlement") upon the terms and conditions set forth in the proposed Joint Stipulation of Class Settlement and Release Between Plaintiff Jane Lyter and Defendant Cambridge Sierra Holdings, LLC dba Reche Canyon Regional Rehab Center ("Settlement Agreement");

2. Final approval of certification of a Class for settlement purposes only, consisting of the following: All persons who worked at any time between March 22, 2013 through March 7, 2017 ("Class Period"), as non-exempt employees at Defendant Cambridge Sierra Holdings, LLC dba Reche Canyon Regional Rehab Center's ("Defendant") Colton, California rehab medical facility, but excluding any and all persons who signed an individual settlement agreement with Defendant ("Class Members"), as follows:

    a. who worked more than 8 hours in a shift or more than 40 hours in a week and were not paid at an overtime rate, and/or who worked more than 12 hours in a shift and were not paid at a double-time rate;

    b. who worked more than five hours without receiving a duty-free first meal period, and who were not paid one additional hour of pay at the employee's regular rate for each day that their duty-free first meal period was not provided within the first five hours of their shift;

    c. who were denied their second meal period when working shifts in excess of 10 hours, and who were not paid one additional hour of pay at the

       employee's regular rate for each day that a second meal period was not provided;

    d. who were denied duty-free rest periods, and who were not paid one additional hour of pay at the employee's regular rate for each day that a duty-free rest period was not provided;

    e. who did not receive accurate, itemized wage statements reflecting their total wages (i.e., premium payments in lieu of receiving meal and rest periods); and

    f. who did not receive their total wages at the time of separation of their employment.

3. Final approval of the enhancement award to the Named Plaintiff in the amount of $5,000.00;

4. Final approval of Class Counsel's request for attorneys' fees to be paid from the Gross Settlement Payment ($500,000.00), not to exceed 33.3% of the Gross Settlement Payment ($166,500.00), and costs totaling approximately $40,119.80; and

5. Final approval of the Claims Administrator's costs for administering the Class Notice of Settlement ("Class Notice") in the amount of $9,750.00.

This Motion shall be based upon this Notice of Motion and Motion for Final Approval, the accompanying Memorandum of Points and Authorities, the Settlement Agreement, Class Counsel's motion for final approval of attorneys' fees, costs and enhancement award, the Declaration of Omid Nosrati, Esq., the Declaration of Tatiana Avakian, Esq., the complete records and files of this action, and any additional written and/or oral evidence presented at or before the hearing of this motion.

///
///
///
///

– 3 –
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

– 4 –

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which was initiated at the mediation on April 17, 2018. Defendants indicated that they do not oppose this Motion.

Dated: May 10, 2019

          THE LAW OFFICE OF OMID NOSRATI

          By: /s/ Omid Nosrati, Esq.
          OMID NOSRATI
          Attorney for Plaintiff,
          JANE LYTER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1875 Century Park East, 6th Floor, Los Angeles, California 90067.

On **May 10, 2019,** I served the foregoing document described as **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** on the interested party addressed to the following person(s):

Richard D. Marca, Esq.
Jeff Olsen, Esq.
Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, CA 92501
richard.marca@varnerbrandt.com
jeff.olsen@varnerbrandt.com

_X_ By CM/ECF. With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

__ By mail. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. I am aware than on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 10, 2019**, at Los Angeles, California.

/s/ Omid Nosrati, Esq
Omid Nosrati

– 5 –
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT