THE LAW OFFICE OF OMID NOSRATI
Omid Nosrati, Esq. (SBN 216350)
1875 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com

Attorney for Plaintiff,
JANE LYTER and the putative class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE LYTER, an individual, and all other similarly situated employees;<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE SIERRA HOLDINGS, LLC dba RECHE CANYON REGIONAL REHAB CENTER, a foreign Limited Liability Company; and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-03435-MWF-AGR<br><br>{Assigned for all purposes to the Honorable Michael W. Fitzgerald, Courtroom 5A}<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD**<br><br>Date:           June 3, 2019<br>Time:          10:00 a.m.<br>Courtroom: 5A<br><br>Complaint Filed:   March 22, 2017<br>Trial Date:              Vacated |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 3, 2019 at 10:00 a.m. or as soon thereafter as the matter may be heard, in courtroom 5A of the United States District Court, Central District, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable Michael W. Fitzgerald presiding, Plaintiff JANE LYTER ("Plaintiff" or "Named Plaintiff") shall move this Court for an order awarding Class Counsel their attorneys' fees and litigation-related expenses incurred in the litigation of all issues pertaining to the above-captioned matter.

Plaintiff seeks attorneys' fees in the amount of $166,500.00 (equal to 33.3% of the Settlement Amount of $500,000.00), costs in the amount of $40,119.80, and enhancement award of $5,000.00 to the Named Plaintiff, which requests are not opposed by Defendant, Cambridge Sierra Holdings, LLC dba Reche Canyon Regional Rehab Center ("Defendant"), as set forth in pages 7-8, ¶¶4.3 and 4.4 of the Joint Stipulation of Class Settlement and Release Between Plaintiff and Defendant ("Settlement Agreement"), which is filed in conjunction with Plaintiff's Motion for Final Approval as Exhibit 1 to the Declaration of Omid Nosrati, Esq.

This application is based upon this motion, the Settlement Agreement, and all exhibits thereto, the memorandum of points and authorities in support of this motion, the declarations filed in support of this motion, the complete records and files of this action, and any additional written and/or oral evidence presented at or before the hearing of this motion.

///
///
///
///
///
///
///

– 3 –

1  This Motion is made following the conference of counsel pursuant to Local
2  Rule 7-3, which was initiated at the mediation on April 17, 2018. Defendants
3  indicated that they do not oppose this Motion.
4  Dated: May 10, 2019

THE LAW OFFICE OF OMID NOSRATI

By: /s/ Omid Nosrati, Esq.
OMID NOSRATI
Attorney for Plaintiff,
JANE LYTER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1875 Century Park East, 6th Floor, Los Angeles, California 90067.

On **May 10, 2019**, I served the foregoing document described as **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD** on the interested party addressed to the following person(s):

Richard D. Marca, Esq.
Jeff Olsen, Esq.
Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, CA 92501
richard.marca@varnerbrandt.com
jeff.olsen@varnerbrandt.com

 X  By CM/ECF. With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

 __ By mail. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. I am aware than on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 10, 2019**, at Los Angeles, California.

                                             /s/ Omid Nosrati, Esq.
                                                 Omid Nosrati